UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Patrice Lochard, et al

   v.                                 Case No. 24-cv-310-LM

Daniels Moving & Storage, LLC

ORDER

After due consideration of the objection filed (doc. no. 18), I herewith approve the Report and Recommendations of Magistrate Andrea K. Johnstone dated September 3, 2025 (September R&R), and February 4, 2026 (February R&R). For the reasons explained therein, I adopt the legal analysis and conclusions in the September R&R (doc. no. 17) with the amended damages award recommended in the February R&R (doc. no. 19). Therefore, the court awards each plaintiff $50,000 in compensatory damages and $50,000 in punitive damages.

So ordered.

Landya B. McCafferty
United States District Judge

Date: March 9, 2026

cc: Counsel of Record